AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Whaley, Robert H. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 283
Spokane, WA 99210-0283

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. University Trustee | Eastern Washington University |
| 2. Member, Council on Public Legal Education | Washington State Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Eastern Washington University, Trustee Salary | $2,243.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mass Mutual | Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Core Cash Account | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. FRANKLIN TEMPLETON: | | | | | | | | | |
| 5. -Templeton Developing Mrkts Trust Mut Fd | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. BNY MELLON: | | | | | | | | | |
| 8. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 11. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/31/12 | J | | |
| 12. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 13. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 14. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 15. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 16. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 17. | | | | | Buy (add'l) | 07/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 19. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 20. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 21. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 22. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 23. | | | | | | | | | |
| 24. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 25. -NH 100% Equity Contribution | None | | J | T | Buy (add'l) | 01/31/12 | J | | |
| 26. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 27. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 28. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 29. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 30. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 31. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 32. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 33. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 34. | | | | | Buy (add'l) | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 36. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 37. | | | | | | | | | |
| 38. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 39. -NH 100% Equity Contribution | None | J | T | | Buy (add'l) | 01/31/12 | J | | |
| 40. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 41. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 42. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 43. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 44. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 45. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 46. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 47. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 48. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 49. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 50. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 53. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/31/12 | J | | |
| 54. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 55. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 56. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 57. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 58. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 59. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 60. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 61. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 62. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 63. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 64. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 65. | | | | | | | | | |
| 66. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 67. -General Electric Common Stock | A | Dividend | K | T | | | | | |
| 68. -Fidelity Canada Mutual Fund | | None | | | Sold | 11/06/12 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity New Markets Income Mutual Fund | B | Dividend | K | T | | | | | |
| 70. -Fidelity Four in One Index Mutual Fund | D | Dividend | N | T | Buy | 11/27/12 | N | | |
| 71. -Dreyfus Internat'l Bond Fund Cl 1 Mutual Fund | B | Dividend | K | T | | | | | |
| 72. -First Eagle Global Class A Mutual Fund | C | Dividend | L | T | | | | | |
| 73. -Oakmark Equity & Income Fd 1 Mutual Fund | C | Dividend | | | Sold | 11/06/12 | M | E | |
| 74. -Oakmark Global Fund 1 Mutual Fund | | None | | | Sold (part) | 10/01/12 | K | | |
| 75. | | | | | Sold | 11/06/12 | M | | |
| 76. -Permanent Portfolio Mutual Fund | B | Dividend | | | Sold | 12/07/12 | M | E | |
| 77. -Vanguard Star Investor Class Mutual Fund | B | Dividend | M | T | Buy | 12/18/12 | L | | |
| 78. -Vanguard Wellington Mutual Fund | C | Dividend | L | T | | | | | |
| 79. -Fidelity Cash Reserve | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. FIDELITY INVESTMENTS: | | | | | | | | | |
| 82. -Amgen Inc. Common Stock | A | Dividend | K | T | | | | | |
| 83. -The Ben Franklin Fed S&L Ass'n Common Stock | | None | J | T | | | | | |
| 84. -Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 85. -Zimmer Holdings Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 87. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 88. -Fidelity Capital & Income Mutual Fund | A | Dividend | K | T | | | | | |
| 89. -Fidelity Low-Priced Stock Mutual Fund | D | Dividend | M | T | | | | | |
| 90. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 91. -American Balanced Class C Mutual Fund | A | Dividend | | | Sold | 11/08/12 | L | D | |
| 92. -Calamos Growth Fund Class C Mutual Fund | | None | | | Sold | 11/08/12 | L | B | |
| 93. -American Growth Fund of America Class C Mutual Fund | | None | | | Sold | 11/08/12 | L | D | |
| 94. -Oakmark Equity & Income Fd 1 Mutual Fund | | None | | | Sold | 11/06/12 | M | E | |
| 95. -Oakmark Global Fund 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 96. -Vanguard Balanced Index Investor Class Mutual Fund | B | Dividend | M | T | Buy | 11/27/12 | M | | |
| 97. -Vanguard Wellington Investor Mutual Fund | D | Dividend | N | T | Buy (add'l) | 11/27/12 | M | | |
| 98. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 101. -Fidelity Cash Reserves | | None | J | T | | | | | |
| 102. -Fidelity New Markets Income Mutual Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 104.  -Fidelity Strategic Income Mutual Fund | B | Dividend | K | T | | | | | |
| 105.  -Dreyfus Int'l Bond Fund Mutual Fund | B | Dividend | K | T | | | | | |
| 106.  -Oakmark Equity & Income Mutual Fund | B | Dividend | K | T | | | | | |
| 107. | | | | | | | | | |
| 108.  Bank of America Money Market Fund | A | Interest | M | T | | | | | |
| 109. | | | | | | | | | |
| 110.  Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | | None | J | W | | | | | |
| 111.  Ltd. Partner, Deming Apartments, LLC | | None | | | Distributed | 12/17/12 | L | | |
| 112. | | | | | | | | | |
| 113.  MassMutual: GP Life at 69 | A | Int./Div. | K | T | | | | | |
| 114. | | | | | | | | | |
| 115.  MassMutual: Whole Life | | None | K | T | | | | | |
| 116. | | | | | | | | | |
| 117.  New York Life: | | None | J | T | | | | | |
| 118. | | | | | | | | | |
| 119.  CBSS, LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIDELITY ROTH IRA (see VIII): | | | | | | | | | |
| 121. -Oakmark Global Fund Mutual Fund | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 122. -Cash Reserves | A | Int./Div. | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. FIDELITY GENERAL INVESTMENTS (see VIII): | | | | | | | | | |
| 125. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 126. -Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 127. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 128. -Vanguard Wellington Investor Mutual Fund | B | Dividend | K | T | Buy | 12/09/12 | K | | |
| 129. -Cash | A | Int./Div. | J | T | | | | | |
| 130. -Fidelity Balanced Mutual Fund | A | Dividend | | | Sold | 11/06/12 | J | A | |
| 131. -Fidelity Small Cap Stock Mutual Fund | A | Dividend | | | Sold | 11/06/12 | J | A | |
| 132. -Fidelity Dividend Growth Mutual Fund | A | Dividend | | | Sold | 11/06/12 | J | | |
| 133. -Fidelity Export & Multint'l Mutual Fund | | None | | | Sold (part) | 02/17/12 | J | | |
| 134. | | | | | Sold | 11/06/12 | J | | |
| 135. -Fidelity Int'l Discovery Mutual Fund (see VIII) | | None | | | Sold (part) | 02/21/12 | J | | |
| 136. | | | | | Sold | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Fidelity Contrafund Mutual Fund (see VIII) | | None | | | Sold | 11/06/12 | J | | |
| 138. -Oakmark Select Mutual Fund (see VIII) | | None | | | Sold (part) | 05/18/12 | J | | |
| 139. | | | | | Sold | 12/09/12 | J | | |
| 140. | | | | | | | | | |
| 141. WELLS FARGO: | | | | | | | | | |
| 142. -American Balanced Fund Mutual Fund | B | Dividend | L | T | | | | | |
| 143. -Capital Income Builder Mutual Fund | A | Dividend | K | T | | | | | |
| 144. -Income Fund of America Mutual Fund | A | Dividend | K | T | | | | | |
| 145. -Investment Company of American Mutual Fund | C | Dividend | K | T | | | | | |
| 146. -Cash | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 11, Lines 120 - 122: Account should have been reported previously and was inadvertently omitted.

Page 11, Lines 124 - 133: Account was previously listed as Trust #1. In October 2012, the trustee position was terminated and the assets were transferred to a newly created account, Fidelity General Investments.

Page 11, Lines 135 - 139: The cost basis for each of these three funds, Fidelity Int'l Discovery Mutual Fund, Fidelity Contrafund Mutual Fund, and Oakmark Select Mutual Fund, is unknown. Therefore, Column D(4) cannot be completed. If the sales of these funds resulted in gains, the gains would not have exceeded gain codes of A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Robert H. Whaley

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544